# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court
By CAsbell at 11:24 am, Apr 06, 2020

| | | |
|---|---|---|
| MATTHEW JOHN HYLTON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-76 |
| v. | * | |
| PATRICK GARTLAND, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 21. Petitioner Matthew Hylton ("Hylton") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES as moot** Hylton's 28 U.S.C. § 2241 Petition and Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Hylton *in forma pauperis* status on appeal.

**SO ORDERED**, this ___6___ day of ___April___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)