AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MATTHEW JOHN HYLTON,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV519-76

PATRICK GARTLAND,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 6th day of April 2020, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered denying as moot Hylton's 28 U.S.C. § 2241 Petition and Respondent's Motion to Dismiss. Hylton is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: June 25, 2020

John E. Triplett, Acting Clerk
Clerk

_Candy Asbell_
(By) Deputy Clerk

GAS Rev 10/1/03